UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANITA M. HANSON, | Civil No. C04-5743FDB |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, including a new hearing and a new decision. On remand, the administrative law judge (ALJ) will: 1) evaluate the opinions of Trula Thompson, M.D., Stephen Ironhill, Ph.D.; 2) further consider the opinions of Glade Birch, Ph.D., Norman Peterson, Ph.D., and the opinions of the State Agency reviewing physicians ;    3) obtain a consultative psychological examination, and medical expert testimony at the new hearing; 4) further evaluate

Page 1     ORDER - [C04-5743FDB]

the materiality of Plaintiff's substance abuse to any finding of disability; 5) further evaluate Plaintiff's residual functional capacity pursuant to 20 C.F.R. § 416,945; and Social Security Ruling (SSR) 96-8p; and 6) if necessary obtain vocational expert testimony to determine whether Plaintiff can adjust to other work that exists in significant numbers in the national economy since she has no past relevant work.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 43 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 3rd day of June 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:
 /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov

Page 2     ORDER - [C04-5743FDB]