1

2

3      IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON
4                    AT TACOMA

5   ANITA M. HANSON,                    )
                                        )
6              Plaintiff,               )       NO.    C04-5743FDB
                                        )
7       vs.                             )       PROPOSED STIPULATED
                                        )        ORDER FOR  ATTORNEY'S FEES,
8   JO ANNE B. BARNHART,                )       COSTS AND EXPENSES UNDER EQUAL
    Commissioner of Social Security,    )       ACCESS TO JUSTICE ACT
9                                       )
               Defendant,               )
10  _____     )

11          The parties, acting through their respective counsel, hereby stipulate to entry of judgment

12  against Defendant in favor of Joseph B. Lavin, attorney for Plaintiff, in the amount of $3,321,85 as

    reasonably incurred attorney's fees; and expenses of $49.01, as service of process expenses,  pursuant
13
    to the Equal Access to Justice Act, 28 U.S.C. §2412.  Defendant shall pay this judgment to Joseph B.
14
    Lavin.

15          DATED this 1st day of July 2005.

16                                              _____
                                                FRANKLIN D. BURGESS
17                                              UNITED STATES DISTRICT JUDGE

18                                              Presented by:

19  Dated:  June 16, 2005                       s/Joseph B. Lavin
                                                JOSEPH B. LAVIN, W.S.B.A #11680
20                                              Attorney for Plaintiff

21  Dated:  June 16, 2005                       s/Joseph B. Lavin for
                                                Richard M. Rodriguez
22                                              Special Assistant United States Attorney

23                                              (Per Oral Authorization)

24                                                      Joseph B. Lavin
                                                        Attorney at Law
                                                        101 E. 5th St.
                                                        Port Angeles, WA 98362
    Page 1  PROPOSED STIPULATED ORDER FOR ATTORNEY'S FEES, COSTS         (360) 457-5763
            AND EXPENSES UNDER EQUAL ACCESS TO JUSTICE ACT [C04-5743FDB]  FAX: (360) 457-5919

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Joseph B. Lavin**
**Attorney at Law**
**101 E. 5th St.**
**Port Angeles, WA 98362**
**(360) 457-5763**
**FAX: (360) 457-5919**